LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE JOHNS, <br><br> Plaintiff, <br><br> vs. <br><br> ARIZONA PIPELINE COMPANY, <br> a Nevada Corporation <br><br> Defendant. <br> _____ | Case No.: 3:20-cv-00156-MMD-WGC <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF 1]** <br><br> **(First Request)** |

Plaintiff Kyle Johns, by and through his attorneys, the law firm of KEMP & KEMP, and Defendant Arizona Pipeline Company, by and through its attorneys, the law firm of LIPSON NEILSON P.C., agree and stipulate that Defendant may have an additional fourteen (14) days to file a response to Plaintiff's Complaint [ECF. 1], extending the deadline from June 12, 2020, to and including June 26, 2020.

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to the allegations in Plaintiff's Complaint. The parties have entered into this agreement in good faith and not for purposes of delay. This request will not cause any prejudice to the parties in this matter.

\\\

\\\

- 1 -

*Johns v. Arizona Pipeline Company*
Case No.: 3:20-cv-00156-MMD-WGC

**IT IS SO STIPULATED.**

| DATED this 12th day of June, 2020. | DATED this 12th day of June, 2020. |
|---|---|
| KEMP & KEMP, ATTORNEYS AT LAW | LIPSON NEILSON P.C. |
| By: */s/ James P. Kemp*<br>JAMES P. KEMP, ESQ.<br>Nevada Bar No. 6653<br>7435 W. Azure Dr., Suite 110<br>Las Vegas, NV 89130<br>jp@kemp-attorneys.com<br><br>*Attorney for Plaintiff* | By: */s/ Jessica A. Green*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>jgarin@lipsonneilson.com<br>jgreen@lipsonneilson.com<br><br>*Attorneys for Defendant* |

### ORDER

Based on the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

Dated: __June 15, 2020__

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -