JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com
Attorney for Plaintiff Kyle Johns

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*\*

KYLE JOHNS,

    Plaintiff,

vs.

ARIZONA PIPELINE COMPANY, a Nevada Corporation,

    Defendant.

Case No.: 3:20-CV-156-MMD-WGC

**STIPULATION AND ORDER FOR PLAINTIFF TO FILE SUPPLEMENTAL/ AMENDED COMPLAINT**

    The parties, by and through their undersigned counsel, hereby stipulate pursuant to FRCP Rule 15(a)(2) to permit Plaintiff to file the First Supplemental Complaint that is attached to Plaintiff's Motion filed October 26, 2020. (ECF No. 21-2)  The reason for this amendment is that since the case was originally filed the Nevada Equal Rights Commission and the U.S. Equal Employment Opportunity Commission have issued right to sue notices so that Plaintiff's claims under state and federal anti-discrimination statutes are now ripe for adjudication in this court.  With approval of this Stipulation Plaintiff's Motion shall be moot and deemed withdrawn.

    DATED November 10, 2020

| /s/ Jessica A. Green | /s/ James P. Kemp |
|---|---|
| LIPSON NEILSON P.C. | JAMES P. KEMP, ESQ. |
| JOSEPH P. GARIN, ESQ. | KEMP & KEMP |
| JESSICA A. GREEN, ESQ. | Attorney for Plaintiff Kyle Johns |
| AMANDA A. EBERT, ESQ. | |
| Attorneys for Defendant Arizona Pipeline Company | |

1

## **ORDER**

Based upon the foregoing stipulation of the parties, pursuant to FRCP Rule 15(a)(2), the Plaintiff shall forthwith file the First Supplemental Complaint that was attached to his Motion seeking leave to file the amended pleading. (see ECF No. 21 and 21-2) Upon entry of this Order the Plaintiff's Motion (ECF No. 21) is deemed moot and withdrawn.

**IT IS SO ORDERED:**

_William M. Cobb_
UNITED STATES DISTRICT JUDGE

Dated: November 12, 2020