LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE JOHNS, | Case No.: 3:20-cv-00156-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| ARIZONA PIPELINE COMPANY, a Nevada Corporation | |
| Defendant. | |

Plaintiff Kyle Johns, by and through his attorneys, the law firm of KEMP & KEMP, and Defendant Arizona Pipeline Company, by and through its attorneys, the law firm of LIPSON NEILSON P.C., agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the parties jointly request an order staying all discovery for sixty (60) days as the parties are conducting settlement discussions and hope to settle this case.

The parties have good cause for requesting the stay due to ongoing settlement negotiations. The parties believe a stay of the matter to be appropriate to conserve judicial resources. The parties have entered into the agreement in good faith and not for the purposes of delay.

/ / /

/ / /

IT IS FURTHER AGREED AND STIPULATED that the parties will submit a renewed discovery schedule no later than thirty (30) days from the date the stay is lifted.

**IT IS SO STIPULATED.**

| DATED this 8th day of March, 2021. | DATED this 8th day of March, 2021.. |
|---|---|
| KEMP & KEMP, ATTORNEYS AT LAW | LIPSON NEILSON P.C. |
| /s/ James P. Kemp<br>By:_____<br>JAMES P. KEMP, ESQ.<br>Nevada Bar No. 6653<br>7435 W. Azure Dr., Suite 110<br>Las Vegas, NV 89130<br>jp@kemp-attorneys.com<br><br>Attorney for Plaintiff | /s/ Jessica A. Green<br>By:_____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>jgarin@lipsonneilson.com<br>jgreen@lipsonneilson.com<br><br>Attorneys for Defendant |

## ORDER

Based on the foregoing stipulation of the parties, and for good cause appearing,

IT IS HEREBY ORDERED that discovery is stayed for sixty (60) days from entry of this order, or until ___May 10, 2021___.

IT IS FURTHER ORDERED that the parties shall submit a renewed discovery schedule no later thirty (30) days from the date the stay is lifted, or ___June 9, 2021___, if the case has not settled.

**IT IS SO ORDERED.**

_____
UNITED STATE MAGISTRATE JUDGE

March 9, 2021
_____
Date