1  LIPSON NEILSON P.C.
   JOSEPH P. GARIN
2  Nevada Bar No. 6653
   JESSICA A. GREEN
3  Nevada Bar No. 12383
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500/FAX (702) 382-1512
5  jgarin@lipsonneilson.com
   jgreen@lipsonneilson.com
6
   *Attorneys for Defendant*
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE JOHNS | Case No.: 3:20-cv-00156-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| ARIZONA PIPELINE COMPANY, a Nevada Corporation | |
| Defendant. | |

Plaintiff KYLE JOHNS ("Plaintiff"), and Defendant ARIZONA PIPELINE COMPANY ("APC") by and through their undersigned counsel, pursuant to Federal Rule Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

Complaint, and any cause of action and claims for relief asserted in these proceedings by Plaintiff against APC, with each of the parties to bear their own respective attorneys' fees and costs.

| DATED this 28th day of May, 2021. | DATED this 28th day of May, 2021. |
|---|---|
| KEMP & KEMP, ATTORNEYS AT LAW | LIPSON NEILSON P.C. |
| By: */s/ James P. Kemp* <br> JAMES P. KEMP, ESQ. <br> Nevada Bar No. 6653 <br> 7435 W. Azure Dr., Suite 110 <br> Las Vegas, NV 89130 <br> jp@kemp-attorneys.com <br><br> *Attorney for Plaintiff* | By: */s/ Jessica A. Green* <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 6653 <br> JESSICA A. GREEN, ESQ. <br> Nevada Bar No. 12383 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br> jgarin@lipsonneilson.com <br> jgreen@lipsonneilson.com <br><br> *Attorneys for Defendant* |

## **ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that this action by Plaintiff against Defendant APC is dismissed with prejudice, each party to bear their respective fees and costs.

DATED this June 2, 2021.

_____
U. S. DISTRICT COURT JUDGE

- 2 -